**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DOCKET NO. 05-11057-NMG

*******************************
**ERNST FERNEZAN**         *
    PLAINTIFF          *
                      *
VS.                        *
                      *
**PLYMOUTH RUBBER COMPANY** *
    DEFENDANT          *
*******************************

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Now comes the Plaintiff, Ernst Fernezan, and requests that this Court deny Defendant's Motion to Dismiss. In support thereof, Plaintiff relies on the attached Memorandum.

                                      By Plaintiff's Attorney,

                                      DAVID GREEN, ESQUIRE
                                      ALFORD & BERTRAND, L.L.C.
                                      60 Arsenal Street
                                      Post Office Box 322
                                      Watertown, MA 02471
                                      (617) 926-8800