UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
Ernst Fernezan,                    )
            Plaintiff              )
                                   )
vs.                                )  Civil Action No.
                                   )     05-11057-NMG
Plymouth Rubber Company, Inc.      )
            Defendant              )
_____)
```

SUGGESTION OF BANKRUPTCY

Now Comes the Defendant Plymouth Rubber Company, Inc. and states that on or about July 5, 2005, it filed a voluntary petition for relief under Chapter 11, of Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Massachusetts, Eastern Division, Case Number 05-16088.  See Exhibit A, "Notice of Bankruptcy Case Filing." Defendant respectfully suggests that this action has been automatically stayed by operation of Title 11 U.S.C. § 362.

                                      Respectfully submitted,
                                      **Plymouth Rubber Company, Inc.**
                                      By its attorney,

                                      /s/Debra Dyleski-Najjar
                                      Debra Dyleski-Najjar, BBO 366730
                                      The Wagner Law Group, PC
                                      One Financial Center
                                      Boston, MA 02111
Dated: July 26, 2005          Tel. No.:  (617) 357-5200

**CERTIFICATE OF SERVICE**

    I, Debra Dyleski-Najjar, Esq., hereby certify that on the 26th day of July, 2005, I caused a copy of the foregoing Suggestion of Bankruptcy to be served via first-class mail, postage prepaid on the Plaintiff's Attorney, David Green, Esq., Alford & Bertrand, LLC, 60 Arsenal Street, P.O. Box 322, Watertown, MA 02471-0322.

                                      __/s/ Debra Dyleski-Najjar_____
                                        Debra Dyleski-Najjar, Esq.

K:\10787\DDN0224.DOC

FORM B9F (Alt.) (Chapter 11 Corporation/Partnership Asset Case) (12/03)      Case Number **05–16088 –jnf**

# UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor corporation listed below was filed on 7/5/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office is prohibited from giving legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Plymouth Rubber Company, Inc.
104 Revere Street
Canton, MA 02021

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 05–16088 | 04–1733970 |

| Attorney for Debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Victor Bass<br>Burns & Levinson LLP<br>125 Summer Street<br>Boston, MA 02110–1624<br>Telephone number: (617) 345–3290 | |

### Meeting of Creditors:

Date: **August 2, 2005**      Time: **12:30 PM**

Location: **Room 1190, US Trustee Office, Thomas P. O'Neill Federal Building, 10 Causeway Street, Boston, MA 02222**

### Deadlines:

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

### Deadline to File a Proof of Claim

Notice of deadline will be sent at a later time.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U. S. Bankruptcy Court<br>10 Causeway Street<br>Room 1101<br>Boston, MA 02222<br>Telephone number: 617–565–6054 | Clerk of the Bankruptcy Court:<br>James M. Lynch |
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM<br>On–Line: www.mab.uscourts.gov | Date: 7/12/05 |

**EXPLANATIONS** FORM B9F (Alt.) (12/03)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. |
| Abandonment of Estate Property | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. § 554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within ten (10) days from the date first scheduled for the meeting of creditors. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office is prohibited from giving legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––