UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
Ernst Fernezan,                )
            Plaintiff          )
                               )
vs.                            )   C.A. No. 05-11057-NMG
                               )
Plymouth Rubber Company, Inc.  )
            Defendant          )
_____)
```

<u>Defendant's Status Report to the Court
Concerning Chapter 11 Bankruptcy Proceeding</u>

Pursuant to Notice of the Court dated May 15, 2006, now comes the Defendant Plymouth Rubber Company, Inc. ("PRC") and provides a written status report relating to PRC's pending bankruptcy matter:

1. On or about July 5, 2005, PRC filed a voluntary petition for relief under Chapter 11, of Title 11 of the United States Code, in the United States Bankruptcy Court for the District of Massachusetts, Eastern Division, Case Number 05-16088. A Notice of Suggestion of Bankruptcy was filed in the Fernezan matter on or about July 26, 2005.

2. On June 28, 2006 at 11:30 AM a Non-Evidentiary Hearing before the Honorable Judge Joan N. Feeney will be held to consider PRC's <u>Second Amended Joint Plan of Reorganization of Debtors and of the Creditor's Committee</u>. Notice of the hearing together with the Second Amended Plan, the Disclosure Statement,

Court Order approving disclosure statement, and Notice of Hearing as well as a Ballot allowing certain creditors to vote on acceptance of the plan, was provided by PRC's bankruptcy counsel to Creditors and Stockholders of Plymouth Rubber Co., Inc. by letter dated May 25, 2006. A copy is available from Victor Bass, Burns & Levinson, LLP, 125 Summer Street, Boston, MA.

3. On or before June 26, 2006, holders of allowed secured claims and allowed unsecured claims may vote on acceptance of the Second Amended Plan of Reorganization.

4. PRC anticipates confirmation of its Second Amended Joint Plan, at or shortly after, the hearing on June 28, 2006.

5. Although Plaintiff Ernst Fernezan since on or about July 26, 2005 has had actual notice of the pending bankruptcy matter, on information and belief, Plaintiff has not filed a proof of claim in the bankruptcy proceedings and the bar date has passed.

Respectfully submitted,
**Plymouth Rubber Company, Inc.**
By its attorney,

/s/ Debra Dyleski-Najjar
_____
Debra Dyleski-Najjar, BBO 366730
The Wagner Law Group, PC
One Financial Center
Boston, MA 02111
Dated: June 8, 2006      Tel. No.: (617) 357-5200

**CERTIFICATE OF SERVICE**

I, Debra Dyleski-Najjar, Esq., hereby certify that on the 8th day of June, 2006, I caused a copy of the foregoing Defendant's Status Report, to be served via first-class mail, postage prepaid on the Plaintiff's Attorney, David Green, Esq., Alford & Bertrand, LLC, 60 Arsenal Street, P.O. Box 322, Watertown, MA 02471-0322.

___/s/Debra Dyleski-Najjar_____