UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
Ernst Fernezan,               )
          Plaintiff           )
                              )
vs.                           )  C.A. No. 05-11057-NMG
                              )
Plymouth Rubber Company, Inc. )
          Defendant           )
_____)
```

**NOTICE OF CHANGE OF ADDRESS**

To:  THE CLERK OF THE ABOVE-NAMED COURT

Now Comes, Debra Dyleski-Najjar, attorney for the Defendant Plymouth Rubber Company, Inc., and hereby notifies this Court of her change of street address effective immediately to:

> The Wagner Law Group
> A Professional Corporation
> 99 Summer Street, 13th Floor
> Boston, MA 02110
> Tel:  (617) 357-5200
> Fax:  (617) 357-5250

> Respectfully Submitted,

> __/S/Debra Dyleski-Najjar__
> Debra Dyleski-Najjar, Esq.
> BBO # 366730
> The Wagner Law Group, PC
> 99 Summer Street, 13th Floor
> Boston, MA 02111
> 617) 357-5200

Dated:  July 12, 2006

**CERTIFICATE OF SERVICE**

I, Debra Dyleski-Najjar, Esq., hereby certify that on the 12th day of June, 2006, I caused a copy of the foregoing Notice of Address Change to be served via ECF on Plaintiff's Attorney, David Green, Esq., Alford & Bertrand, LLC, 60 Arsenal Street, P.O. Box 322, Watertown, MA 02471-0322.

___/s/Debra Dyleski-Najjar_____